**Order entered March 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01416-CR
No. 05-16-01417-CR

**SUSAN GAY PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-82407-2014, 380-82408-2014**

## ORDER

Before the Court is appellant's March 5, 2018 pro se "motion to represent myself in an appeal of the length of my sentence." On September 19, 2017, we notified appellant that her pro se response to the *Anders* brief filed by her counsel was due by October 19, 2017. Because we did not receive a response from appellant, the appeals in the above listed cases were submitted on the *Anders* brief alone. The opinion in the cases was issued on January 13, 2018. Accordingly, we **DENY** the motion.

We **DIRECT** the Clerk of the Court to send a copy of this order to Susan Gay Pruitt, TDCJ No. 02101449, Crain Unit, 1401 State School Road, Gatesville, Texas, 76599-2999.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE